IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN MITCH FREEMAN,<br>Defendant and Judgment Debtor, | Case No.: 1:13-MC-0061-BAM<br><br>**ORDER TERMINATING WRIT PROCEEDINGS AND CLOSING THE CASE** |
| BANK OF AMERICA,<br>Garnishee. | |

The United States has filed a Notice of Termination of Writ Proceedings and Enforcement of Judgment. ECF No. 5. Accordingly, pursuant to 28 U.S.C. § 3205(c)(10), the Court hereby terminates the Writ of Garnishment previously issued on December 27, 2013 against defendant Marvin Mitch Freeman and ORDERS this case closed.

IT IS SO ORDERED.

Dated: **May 29, 2014**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE